■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO SMITH, Appellant. [805 NYS2d 843]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 28, 2004 (*People v Smith,* 8 AD3d 683 [2004]), affirming a judgment of the County Court, Suffolk County, rendered October 11, 2001.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE SMITH, Appellant. [805 NYS2d 842]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered November 18, 2004, convicting him of public lewdness and endangering the welfare of a child, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v*

*Gonzalez,* 47 NY2d 606 [1979]). Schmidt, J.P., S. Miller, Mastro, Spolzino and Lunn, JJ., concur.